**Petition for Writ of Mandamus Denied and Memorandum Opinion filed June 29, 2023.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-22-00869-CV

---

## IN RE SCOTT KELLEY, MICHAEL AFSHARI, AND MICHAEL SILVA, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**80th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-32592**

---

## MEMORANDUM OPINION

On November 28, 2022, relators Scott Kelley, Michael Afshari, and Michael Silva filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to

compel the Honorable Jeralynn Manor, presiding judge of the 80th District Court of Harris County, to vacate her orders dated October 25, 2022, compelling the depositions of relators in the underlying case.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus. We lift our November 29, 2022 stay.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Jewell and Spain.